JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLETTE A. HARRIS,      )<br>                          )<br>          Plaintiff,    )<br>                          )<br>     v.                   )<br>                          )<br>UNITED STATES OF          )<br>AMERICA,                  )<br>                          )<br>          Defendant.    )<br>_____) | Case No. EDCV 08-354-VAP<br>(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Claim is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated:   June 5, 2008          _____
                                    VIRGINIA A. PHILLIPS
                               United States District Judge